IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO A. BRAMBILA, and<br>DOMINGA BRAMBILA,<br><br>    Plaintiff,<br><br>v.<br><br>REO BAY AREA, LP, JACKIE<br>WARDELL, COURT CLERK, CONTRA<br>COSTA COUNTY SUPERIOR COURT,<br>KIMBALL, TIREY & ST. JOHN, LLP,<br>BANK OF AMERICA, NA.<br><br>    Defendant.<br>                                           / | No. C 11-03202 SI<br><br>**ORDER DISMISSING CASE** |

On June 28, 2011, plaintiffs filed this suit in connection with the foreclosure of their home located at 410 Madera Street, Brentwood, California. On July 14, 2011, defendants REO Bay Area, LP and Kimball, Tirey & St. John LLP filed a motion to dismiss. The Court granted defendants' motion to dismiss but granted plaintiffs leave to amend. Doc. 17 at 8.

On September 29, 2011, plaintiffs amended their complaint and included two new defendants: Jackie Worden and Bank of America, N.A. Worden and Bank of America moved to dismiss this case on October 24, 2011 and October 28, 2011, respectively. Because plaintiffs did not file any oppositions, on November 16, 2011, the Court ordered plaintiffs to show cause in writing to be filed no later than November 26, 2011 why this case should not be dismissed without prejudice for failure to prosecute.

The plaintiffs did not file a response to the Court's order to show cause, nor did they contact the Court in any other manner. This case is therefore dismissed, without prejudice.

**IT IS SO ORDERED.**

Dated: January 17, 2012

SUSAN ILLSTON
United States District Judge