IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO A. BRAMBILA, and
DOMINGA BRAMBILA,

    Plaintiff,

v.

REO BAY AREA, LP, JACKIE WARDELL, COURT CLERK, CONTRA COSTA COUNTY SUPERIOR COURT, KIMBALL, TIREY & ST. JOHN, LLP, BANK OF AMERICA, NA.

    Defendant.

No. C 11-03202 SI

**JUDGMENT**

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 17, 2012

SUSAN ILLSTON
United States District Judge