IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO A. BRAMBILA, and DOMINGA BRAMBILA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REO BAY AREA, LP, JACKIE WARDELL, COURT CLERK, CONTRA COSTA COUNTY SUPERIOR COURT, KIMBALL, TIREY & ST. JOHN, LLP, BANK OF AMERICA, NA.<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　／ | No. C 11-03202 SI<br><br>**JUDGMENT** |

　　　This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 17, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge